```
              FILED
        U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT
        2009 SEP -4  A 9:44
              DISTRICT OF UTAH, CENTRAL DIVISION
         DISTRICT OF UTAH
        BY:_____
           DEPUTY CLERK
```

| | |
|---|---|
| RONNIE L. MCDANIEL,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY MAYOR RALPH BECKER, CITY OF SALT LAKE, SALT LAKE COUNTY,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09-cv-0309 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On August 6, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed for failure to state a claim. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation, and DISMISSES this case for failure to state a claim. Parties shall bear their own costs.

SO ORDERED this 3d day of September, 2009.

BY THE COURT:

Clark Waddoups
United States District Judge